IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NYAUNA HARRIS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-00112-KD-C |
| **HOLLOWAY CREDIT SOLUTIONS, LLC,** | ) | |
| Defendant. | ) | |

### ORDER

This action is before the Court on notice from the Magistrate Judge that this action has settled but additional time is necessary to finalize the settlement documents.

Accordingly, this action is **DISMISSED with prejudice** from the active docket of this Court, **subject to the right of either party to reinstate the action <u>within thirty (30) days of the date of this Order</u>** should the settlement not be completed.

**DONE** and **ORDERED** this 24th day of June 2016.

        s / Kristi K. DuBose
        KRISTI K. DuBOSE
        UNITED STATES DISTRICT JUDGE